**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


DAVID SWIFT, SR.
ADC #107092                                                          PETITIONER

VS.                              5:06CV00268 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                    RESPONDENT


<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is

DISMISSED, WITH PREJUDICE.

Dated this 4th day of August, 2008.


_____
UNITED STATES DISTRICT JUDGE